IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
99 NOV 12 PM 3:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| SHEILA MOSS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| VS. ) | CV 99-PT-128-M |
| ) | |
| ST. CLAIR REGIONAL HOSPITAL ) | |
| ) | |
| Defendant ) | |

ENTERED
NOV 12 1999

**MEMORANDUM OPINION**

This cause comes on to be further considered on defendant's Motion for Summary Judgment filed on September 14, 1999.

The Court has considered plaintiff's response received on November 1, 1999. It is not clear whether plaintiff purports to establish some sort of contractual claim to the position she seeks. It is clear that there is no substantial evidence that she was the victim of intentional race discrimination. Plaintiff has not met a basic element of a prima facie case. She has not proved that she applied for the job.

It appears that, perhaps as a matter of courtesy, plaintiff was notified of a position that was opening up (maybe while plaintiff was off work for health reasons). There is no evidence that plaintiff ever applied for the job as required by company rules. At best, she had indicated an

1



interest in future openings. Plaintiff has offered no evidence that white persons were treated differently under similar circumstances with regard to job applications.

Defendant's motion will be granted.[1]

This the 11th day of November, 1999

ROBERT B. PROPST
Senior United States District Judge

---

[1] It is clear that there was no constructive discharge. An employee cannot simply quit because she does not get a promotion and claim constructive discharge.

2